THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY SMITH, Appellant.

Submitted January 9, 2006; decided January 12, 2006

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAMON ALVAREZ, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents.

Submitted September 26, 2005; decided January 12, 2006

On the Court's own motion, appeal transferred, without costs, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]). Motion for poor person relief dismissed as academic.

In the Matter of POUGHKEEPSIE PROFESSIONAL FIREFIGHTERS' ASSOCIATION, LOCAL 596, IAFF, AFL-CIO-CLC, et al., Appellants, v NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD et al., Respondents.

Submitted January 9, 2006; decided January 12, 2006

Motion by Hartsdale Fire District et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.